UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICK TRACY,

            Plaintiff,

v.                                5:01-CV-0500 (HGM /GHL)

PARKER J. FRESHWATER, TOMPKINS
COUNTY, Tompkins County Sheriff's Department;
PETER MESKILL, Tompkins County Sheriff,

            Defendants,

APPEARANCES:

PATRICK TRACY
06499-028
Plaintiff *pro se*
Federal Prison Camp
P.O. Box 12014
Terre Haute, IN 47801

HON. JONATHAN WOOD
County Attorney, Tompkins County
Counsel for Defendants
125 East Court Street
Tompkins Office Building
Ithaca, NY 14850

HOWARD G. MUNSON, SR. J.

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on July 11, 2007. The Clerk has sent to me the entire file of this case, including all objections filed by the Plaintiff herein.

      After careful review of all the papers, including the Magistrate Judge's Report - Recommendation, and the objections thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby approved and adopted.

2. The Defendants' motion for summary judgment made pursuant to Rule 56 of the Federal Rules of Procedure, filed April 22, 2004, (see both Dkt. Nos. 57 and 58), is **GRANTED,** the complaint is dismissed in its entirety, and the Clerk is directed to enter judgment in favor of the defendants.

Dated: July 31, 2007
       Syracuse, New York

                                        Howard G. Munson
                                        Senior U.S. District Judge