# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**PATRICK TRACY**

|  |  |
|---|---|
| V. | CASE NUMBER: 5:01-CV-500(HGM/GHL) |

**PARKER J. FRESHWATER; TOMPKINS COUNTY, Tompkins County Sheriff's Department; PETER MESKILL, Tompkins County Sheriff**

| [ ]  | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF pursuant to the Order of the Hon. Howard G. Munson, Senior Judge, dated July 31, 2007, dismissing the complaint in its entirety.

DATED:    July 31, 2007

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp